# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 201

*The Court of Appeals hereby passes the following order:*

## A14A1742. BUTLER v. FULTON COUNTY et al.

The above-styled appeal is hereby DISMISSED due to the appellant's repeated and unremediated failure to comply with the Rules of this Court.

In explanation of this Court action, we note the following. In the appellant's tort action, he seeks damages against Fulton County and certain individual employees of the county for personal injury allegedly sustained when he was arrested by Sheriff's deputies on December 9, 2010. The appellees removed the action to federal court; the appellant amended his action to remove his federal claims and requested that the case be remanded to the superior court. The federal court granted the request and ordered the appellant to pay the appellees the costs of removal pursuant to 28 USC § 1447 (c). On August 22, 2014, the superior court dismissed his action on the basis that the appellant failed to pay the removal costs as ordered.

This appeal was docketed in this Court on May 21, 2014, making the appellant's brief due on June 10, 2014. This Court granted the appellant's first request for an extension of time to file his enumeration of errors and brief. The appellant filed a brief that failed to comply with Court of Appeals Rules 22 (b) (statement of jurisdiction), 23 (a) (enumeration of errors), 25 (a) (enumeration of errors; citation of the record or transcript; statement of the method by which each enumeration of error was preserved for consideration), and 25 (c) (support for each enumerated error by specific reference to the record or transcript). On August 6, 2014, this Court ordered the appellant to file an enumeration of errors and brief in full compliance with *all*

applicable rules of this Court on or before August 11, 2014. We advised him that failure to comply with the order would "cause the appeal to be dismissed instanter without further notice." The appellant filed an amended brief that includes an enumeration of errors but completely lacks any citation to the record or transcript in support of his statement of facts and enumerated errors, in violation of applicable rules of the Court, in particular Rule 25. Further, the appellant's amended brief addresses the appellees' defenses of sovereign and qualified immunity but entirely fails to address the basis for the superior court's ruling, that is, his failure to pay remand costs as ordered.

Despite having every opportunity to prosecute his appeal by filing a brief in compliance with this Court's rules, the appellant has failed to do so. Accordingly, this case is hereby DISMISSED.

The appellees' motions to dismiss, filed July 15 and August 5, 2014, are moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*